■ THERESA E. ERICKSON, Respondent, v JERRY E. ANTONUCCI, Appellant. [648 NYS2d 373] —Judgment unanimously affirmed without costs. Memorandum: Defendant appeals from a judgment of Supreme Court that, insofar as challenged by de-

fendant, granted plaintiff a divorce on the ground of cruel and inhuman treatment and ordered defendant to pay plaintiff's attorney's fees in the amount of $1,135. The record supports the court's finding that defendant treated plaintiff in a cruel and inhuman manner by subjecting her to physical violence on several occasions (*see, Brady v Brady,* 64 NY2d 339, 345; *Dalvi v Dalvi,* 214 AD2d 641, 641-642; *Tortorello v Tortorello,* 133 AD2d 683; *Rios v Rios,* 34 AD2d 325, 326, *affd* 29 NY2d 840). There is no merit to defendant's contention that the court abused its discretion in awarding plaintiff $1,135 in attorney's fees (*see,* Domestic Relations Law § 237 [a]; *DeCabrera v Cabrera-Rosete,* 70 NY2d 879, 881). (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Divorce.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.